Mary L. Alderson, Respondent, v. Christopher Elmo Alderson, Appellant. (No. 1.) — Order affirmed, with ten dollars costs and disbursements. All concurred. Betts, J., not sitting.

Mary L. Alderson, Respondent, v. Christopher Elmo Alderson, Appelant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. All concurred. Betts, J., not sitting.

Samuel C. Austin, Respondent, v. James Blute, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred. Houghton, J., not sitting.

Harry R. Burgess, Appellant, v. Otis Dockstader, Respondent.— Judgment unanimously affirmed, with costs. Smith, P. J., not sitting.

Sniffen K. Bellows, Appellant, v. Russell Raynor, Respondent.— Judgment unanimously affirmed, with costs.

Scott G. Boyce, Respondent, v. Warren D. Walker and Mary E. Walker, Appellants.— Judgment unanimously affirmed, with costs.

Joseph E. Chase, Respondent, v. General Electric Company, Appellant. — Judgment and order affirmed, with costs. All concurred, except Houghton, J., who dissented on the ground that if the fire was caused by opening the cover of the furnace such accident was one not reasonably to be anticipated, and hence there was no negligence on the part of the defendant.

Peter Carpenter, Appellant, v. The United Gas, Electric Light and Fuel Company, Respondent.— Judgment and order unanimously affirmed, with costs.

Joseph Hubert, an Infant, by Eugene Hubert, His Guardian ad Litem, Respondent, v. United Traction Company, Appellant.— Judgment and order reversed as against the evidence and new trial granted, with costs to appellant to abide event. All concurred. Betts, J., not sitting.

J. Harris Hammond, as Treasurer of the Marathon Milk Producers' Association, Respondent, v. J. H. Jones and George Henry Nolte, Impleaded with Joseph A. Ferris, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs of demurrer and of this appeal. All concurred.

John Janack, Jr., Appellant, v. Benson Mines Company, Respondent.— Judgment affirmed, with costs. All concurred, except Betts, J., dissenting.

In the Matter of the Application of Orville J. Van Dusen, Respondent, to Lay Out a Highway in the Town of Caldwell, Warren County, New York. Henry E. Tremain and Sarah G. Tremain, Appellants.— Order affirmed, with costs. All concurred.

Fay I. Maxon, Respondent, v. A. Burstein, Appellant. (No. 1) — Order appealed from modified by striking therefrom the allowance of costs, and as so modified affirmed, without costs. All concurred.

Fay I. Maxon, Respondent, v. A. Burstein, Appellant. (No. 2.) — Order affirmed, without costs. All concurred.

In the Matter of Proving the Last Will and Testament of Hannah M. Schell, Deceased. Roy Wood, by Henry J. Crawford, His Special Guardian, Appellant; Jacob W. Beyer, as Executor, etc., of Hannah M. Schell, Deceased, Respondent.— Decree unanimously affirmed, with costs to the